SUSAN G. KUMLI
Acting Regional Solicitor
DAVID M. KAHN
Counsel for Labor Relations
BRYAN LOPEZ (CA Bar No. 306158)
Trial Attorney

RACHEL A. UEMOTO (CA Bar No. 335405)
Trial Attorney

Office of the Solicitor
United States Department of Labor
350 S. Figueroa Street, Suite 370
Los Angeles, California 90071
Telephone: (213) 894-4229
Facsimile: (213) 894-2064
E-mail: uemoto.rachel@dol.gov

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARTIN J. WALSH, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Petitioner,<br><br>vs.<br><br>INTERNATIONAL UNION OF ELEVATOR CONSTRUCTORS, LOCAL NO. 18,<br><br>Respondent. | Case No.: MC 21-1080-GW (JEMx)<br><br>**Order to Show Cause** |

Petitioner, Martin J. Walsh, Secretary of Labor, United States Department of Labor (the "Secretary"), has applied to this Court for an Order requiring Respondent International Union of Elevator Constructors, Local No. 18 ("Local 18" or the "Union") to produce the documents

requested in the administrative subpoena *duces tecum* issued by the Office of Labor-Management Standards, U.S. Department of Labor ("OLMS"), and duly served upon Local 18 on September 27, 2021 (the "Subpoena"). Having considered the matters set forth in the Secretary's Petition and accompanying documents, it is hereby:

ORDERED that Local 18 appears and SHOW CAUSE, if any there be, why it should not be ordered by this Court to comply with the Subpoena; and it is further

ORDERED that Local 18 serves and file with the Clerk of this Court, no later than November 1, 2021 a response to the Secretary's Petition, specifically admitting or denying each allegation of the Petition, and setting forth the cause, if any there be, why the Petition should not be granted; and a reply to the response is due no later than November 4, 2021, it is further;

ORDERED that Local 18 appears at a hearing to be held on the Petition on November 8, 2021 at 10:00 a.m., via Zoom, link information is located on the Court's website under Judge's Procedures and Schedules, and it is further

ORDERED that the applicable 60-day statute of limitations under Section 402 of the LMRDA, 29 U.S.C. § 482, is tolled as of September 17, 2021, the date on which Local 18 first declined to produce original election records after a verbal request, until the Secretary notifies the Court that Local 18 has complied with the Subpoena; and it is further

ORDERED that the Secretary shall forthwith serve a copy of this Order to Show Cause and the Petition and supporting documents on Local 18 by a U.S. Department of Labor employee or by a contracted server in accordance with Rule 4 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

October 22, 2021

_____
UNITED STATES MAGISTRATE JUDGE